UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**2950 SUMMER SWAN LAND TRUST, BY: BLACKROCK ASSET MANAGEMENT, LLC, AS TRUSTEE**,

    Plaintiff,

vs.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2007-AR1, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-AR1**,

    Defendant.

Case No: 2:21-CV-00042-JLB-NPM

(Formerly Desoto County Circuit Court Case No. 2020-CA-433)

---

## JOINT NOTICE OF A RELATED ACTION

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.**

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

Plaintiff certifies that the above-captioned case:

☒  **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

/s/ Lior Segal
**Lior Segal, Esq.**
**Florida Bar No. 37837**
**SEGAL & SCHUH LAW FIRM, P.L.**
**18167 U.S. Highway 19 North, Suite 100**
**Clearwater, FL 33764**
**(727) 824-5775**
**lee@segalschuh.com**

Defendant certifies that the above-captioned case:

☒  **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

In each case listed on the attached spreadsheet, the Complaints are virtually identical. *See* spreadsheet, attached hereto as **Exhibit "A"**.

**/s/ Beth A. Norrow**
**Beth A. Norrow, Esq.**
**Florida Bar No. 061497**
**GREENBERG TRAURIG, P.A.**
**777 S. Flagler Drive, Suite 300 East**
**West Palm Beach, FL 33401**
**Telephone: (407) 418-2345**
**norrowb@gtlaw.com**