# EXHIBIT "A"

| PLAINTIFF | DEFENDANT | COUNTY | PLAINTIFF ATTORNEY |
|---|---|---|---|
| AREIAS, EVA | Deutsche Bank National Trust Company, As Trustee | Alachua 01 2020 CA 002497 | Segal, Lee |
| AREIAS, EVA | Deutsche Bank National Trust Company, As Trustee | Clay 2020-CA-000955 | Lazenby, Megan |
| ABPAYMAR, LLC, As Trustee For The 30531 Midtown Court Land Trust | Deutsche Bank National Trust Company, As Trustee, In Trust Registered Holders Of Long Beach Mortgage Loan Trust 2005-3, Asset-Backed Certificates, Series 2005-3 | Baker 2020-CA-000115 | Segal, Lee |
| ABPAYMAR LLC, As Trustee | Deutsche Bank National Trust Company | Clay 2020-CA-000695 | Segal, Lee; Lazenby, Megan |
| ABPAYMAR LLC, As Trustee | Deutsche Bank National Trust Company | Pasco 2020-CA-1437ESB | Segal, Lee |
| DECOURSY, RICHARD | Deutsche Bank National Trust Company, As Trustee | USDC ND - Panama City Div. 5:21-cv-00014 | Segal, Lee |
| DECOURSY, RICHARD | Deutsche Bank National Trust Company, As Trustee For Residential Asset Securitization Trust Series 2003-A10, Mortgage Pass-Through Certificates Series 2003-AJ | USDC MD - Ocala Div. 5:21-cv-00040 | Segal, Lee |
| HAULSEE, MICHAEL AND MARCIA | Deutsche Bank National Trust Company, As Trustee | USDC ND - Pensacola Div. 3:21-cv-00077 | Turner-Hahn, Carla; Wolf, Matthew |

| PLAINTIFF | DEFENDANT | COUNTY | PLAINTIFF ATTORNEY |
|---|---|---|---|
| HAULSEE, MICHAEL AND MARCIA | Deutsche Bank Trust Company Americas, As Trustee For Residential Accredit Loans, Inc. Mortgage Asset-Backed Pass-Through Certificates, Series 2007-QS4 | USDC MD - Tampa Div. 8:20-cv-02410 Dismissed | Segal, Lee |
| LOFGREN, ANNA | Deutsche Bank National Trust Company, As Trustee For Wamu Mortgage Pass-Thru Certificates, Series 2006-Ar1 Trust And Deutsche Bank Trust Company Americas, F.K.A Banker Trust Company, As Trustee And Custodian For IXIS 2005-HE4 | Bradford 04-2020-CA-000340 | Segal, Lee |
| LOFGREN, ANNA | Deutsche Bank National Trust Company, As Trustee | Okeechobee 2020-CA-000212 | Lazenby, Megan |
| BCP Management LLC, As Trustee For 11717 81st Place Land Trust | Deutsche Bank National Trust Company, As Trustee For The Gsamp Trust 2005-HE3 Mortgage Pass-Through Certificates Series 2005-HE3 | Brevard 05-2020-CA-047023 | Segal, Lee |
| BCP Management, LLC, As Trustee For The 10611 Bamboo Road Land Trust | Deutsche Bank National Trust Company, As Trustee For Harborview Mortgage Loan Trust 2006-8 | USDC MD - Ocala Div. 5:21-CV-00071 | Segal, Lee |
| BCP Management, LLC, As Trustee For 18522 Sunward Lake Land Trust | Deutsche Bank National Trust Company, As Trustee For Morgan Stanley Home Equity Loan Trust Series 2006-3 | USDC ND - Panama City Div. 5:21-cv-00017 | Segal, Lee |
| JACARANDA, LLC, As Trustee For The Certificateholders Of The Brev 1144 Land Trust | Deutsche Bank National Trust Company, As Trustee For Soundview Home Loan Trust 2004-1, Asset-Backed Certificates Series 2004-1 | Brevard 05-2020-CA-035223 | Segal, Lee |

| PLAINTIFF | DEFENDANT | COUNTY | PLAINTIFF ATTORNEY |
|---|---|---|---|
| ZIFERRYN VENTURES LLC, As Trustee Of The 8172 Via Rosa Land Trust | Deutsche Bank National Trust Company, As Indenture Trustee For Mortgage Trust 2005-2 | Charlotte 2020-CA-000747 Dismissed | Lazenby, Megan; Segal, Lee |
| ZIFERRYN VENTURES LLC, As Trustee Of The 8172 Via Rosa Land Trust | Deutsche Bank National Trust Company As Indenture | Clay 2020-CA-000929 | Lazenby, Megan; Mausser, Gregory K. |
| YHT And Associates, Inc., As Trustee Under 20438 Homosassa Court I.V. Trust Dated January 17, 2012 | Deutsche Bank National Trust Company, As Trustee On Behalf Of The Holders Of The Residential Accredit Loans, Inc., Mortgage-Asset-Backed Pass-Through Certificates, Series 2007-Qs3 | USDC MD - Jacksonville Div. 3:21-cv-00050 | Segal, Lee |
| KENNY, TAMMY | Deutsche Bank National Trust Company, As Trustee Of Argent Mortgage Securities, Inc., Asset-Backed Pass Through Certificates Series 2004-W11, Under The Pooling And Servicing Agreement Dated As Of October 1, 2004 Without Recourse | USDC MD - Ft. Myers Div. 2:21-cv-00009 | Segal, Lee |
| GEORGE WEBER, As Trustee Of The 12321 Adventure Drive Land Trust Dated 12/30/2011 | Deutsche Bank National Trust Company, As Trustee For New Century Home Equity Loan Trust Series 2005-B, Asset-Backed Pass-Through Certificates | USDC MD - Ft. Myers Div. 2:21-cv-00039 | Segal, Lee |
| GEORGE WEBER, As Trustee Of The 12321 Adventure Drive Land Trust Dated 12/30/2011 | Deutsche Bank National Trust Company, As Trustee For New Century Home Equity Loan Trust, Series 2005-B, Asset-Backed Pass-Through Certificates | USDC ND - Gainesville Div. 1:21-cv-00015 | Segal, Lee |

| PLAINTIFF | DEFENDANT | COUNTY | PLAINTIFF ATTORNEY |
|---|---|---|---|
| GEORGE WEBER, As Co-Trustee Of The 10703 Beagle Run Place Land Trust, Dated 12/30/11 | Deutsche Bank National Trust Company | Lee 2020-CA-005336 | Segal, Lee |
| GEORGE WEBER, As Co-Trustee Of The 10703 Beagle Run Place Land Trust, Dated 12/30/11 | Deutsche Bank National Trust Company | USDC MD - Jacksonville Div. 3:21-cv-00102 | Segal, Lee |
| INLAND ASSETS, LLC, As Trustee For The 4417 Rudder Way Land Trust | Deutsche Bank National Trust Company, As Trustee For GSAMP Trust 2006-NC2, Mortgage Pass-Through Certificates, Series 2006-NC2 | USDC MD - Jacksonville Div. 3:21-cv-00040 | Segal, Lee |
| INLAND ASSETS, LLC, As Trustee For The 4417 Rudder Way | Deutsche Bank National Trust Company | Pasco 2020-CA-001794 | Segal, Lee |
| INLAND ASSETS, LLC, As Trustee For 4462 Rudder Way Trust | Deutsche Bank National Trust Company | Walton 2020-CA-000410 | Lazenby, Megan; Wolf, Matthew |
| BLACKROCK ASSET MANAGEMENT, LLC As Trustee For The 2950 Summer Swan Land Trust | Deutsche Bank National Trust Company, As Trustee For Indymac Indx Mortgage Loan Trust 2007-AR1, Mortgage Pass-Through Certificates Series 2007-AR1 | USDC MD - Ft. Myers Div. MD 5:21-cv-00042 | Segal, Lee |
| BLACKROCK ASSET MANAGEMENT, LLC, As Trustee For RC Certificateholders Land Trust | Deutsche Bank National Trust Company | Hillsborough 20-CA-009950 | Wolf, Matthew |
| MARKET TAMPA INVESTMENTS, LLC | Deutsche Bank National Trust Company, As Trustee For Novastar Mortgage Funding Trust, Series 2007 Novastar Home Equity Loan Asset-Back Certificates, Series 2007 | USDC MD - Ft. Myers Div. 2:21-cv-00037 | Segal, Lee |

| PLAINTIFF | DEFENDANT | COUNTY | PLAINTIFF ATTORNEY |
|---|---|---|---|
| LP ASSETS, LLC, As Trustee | Deutsche Bank National Trust Company | Dixie 2020-CA-000035 | Segal, Lee |
| LP ASSETS, LLC, As Trustee | DEUTSCHE BANK NATIONAL TRUST COMPANY, As Trustee For Financial Asset Securities Corp., Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 | Pinellas 19-008350-CI | Segal, Lee |
| LP ASSETS, LLC, As Trustee | Deutsche Bank National Trust Company, As Trustee For Financial Asset Securities Corp., Soundview Home Loan Trust 2007-WMCI, Asset-Backed Certificates, Series 2007-WMC1 | Pinellas 20-003799-CI | Segal, Lee |
| KEATHEL CHAUNCEY, ESQ. As Trustee Only For The 1234 Holly Circle Land Trust | Deutsche Bank National Trust Company | Escambia 2020-CA-001394 | Segal, Lee |
| GINSBERG-KLEMMT, ERIKA | Deutsche Bank National Trust Company, As Trustee For American Home Mortgage Assets Trust 2006-5, Mortgage-Backed Pass-Through Certificates, Series 2006-5 | USDC ND - Tallahassee Div. 4:21-cv-00041 | Segal, Lee |
| GINSBERG-KLEMMT, ERIKA | Deutsche Bank National Trust Company, As Trustee For American Home Mortgage Assets Trust 2006-5, Mortgage-Backed Pass-Through Certificates, Series 2006-5 | USDC SD - Key West Div. 4:21-cv-10010 | Segal, Lee |
| COOK, WALLACE | Deutsche Bank Trust Company Americas | Glades 2020-CA-000084 | Segal, Lee |

| PLAINTIFF | DEFENDANT | COUNTY | PLAINTIFF ATTORNEY |
|---|---|---|---|
| COOK, WALLACE | Deutsche Bank National Trust Company, As Trustee Of Argent Securities Inc., Mortgage-Backed Pass-Through Certificates 2004-W1, Under The Pooling And Servicing Agreement Dated February 1, 2004, And Deutsche Bank Trust Company Americas, Formerly Known As Bankers Trust, As Trustee And Custodian | Nassau 2020-CA-000270 | Segal, Lee |
| COOK, WALLACE | Deutsche Bank Trust Company Americas, As Trustee For Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2004-QS4 | Volusia 2020-11139 | Segal, Lee |
| BONAFIDE PROPERTIES, LLC, As Trustee For The Anderson Family Land Trust | Deutsche Bank National Trust Company | Gulf 2020-CA-000131 | Segal, Lee |
| DIGIOVANNI, LEONARDO | Deutsche Bank National Trust Company F.K.A. Bankers Trust Company Of California, N.A., As Trustee Of The Vendee Mortgage Trust 1999-3, And Deutsche Bank National Trust Company, F.K.A. Bankers Trust Company Of California, N.A., As Trustee Of The Vendee Mortgage Trust 1999-2 | Hardee 2020-CA-000292 | Segal, Lee |
| FUBAR ASSETS, LLC, as Trustee For, 3417 70th Glen East Land Trust | Deutsche Bank National Trust Company, As Trustee | USDC - MD- Tampa Div. 8:20-cv-03090 | Lazenby, Megan |

| PLAINTIFF | DEFENDANT | COUNTY | PLAINTIFF ATTORNEY |
|---|---|---|---|
| SHEN YI, LLC, A New Mexico Limited Liability Company, As Trustee Of The 1970 Hidden Lake Dr I.V. Trust Under Agreement Dated August 25, 2011 | Deutsche Bank National Trust Company | Hendry 2020-CA-000336 | Segal, Lee |
| DEPOALO, DARLEEN | Deutsche Bank National Trust Company, As Trustee Under The Pooling Abd Servicing Agreement Dated As Of April 1, 2006 Morgan Stanley Abs Capital 1 Trust 2006-NC3, Mortgage Pass-Through Certificates Series 2006-NC3 | USDC MD - Ft. Myers Div. 2:21-cv-00038 | Lazenby, Megan |
| FLORIDA LIMITED INVESTMENT PROPERTIES, INC. | Deutsche Bank Trust Company Americas | USDC SD - Ft. Pierce Div. 2:21-cv-014039 | Segal, Lee |
| ABUNDANT LIFE HOMES, LLC | Deutsche Bank National Trust Company, As Indenture Trustee For American Home Mortgage Investment Trust 2007-1 | USDC ND - Tallahassee Div. 4:21-cv-00053 | Lazenby, Megan; Wolf, Matthew |
| QUEST SYSTEMS, LLC, As Trustee Of The 16347 Coco Hammock Land Trust Dated November 29, 2012 | Deutsche Bank National Trust Company, As Trustee For American Home Mortgage Asset Tryst 2006-2, Mortgage Pass-Through Certificates, Series 2006-2 | USDC MD - Ft. Myers Div. 2:21-cv-00040 | Segal, Lee |
| QUEST SYSTEMS, LLC, A New Mexico Limited Liability Company As Successor Trustee Under The 4787 Woodward Land Trust Dated October 22, 2012 | Deutsche Bank National Trust Company, As Trustee For Long Beach Mortgage Loan Trust 2006-4 | Sarasota 2020-CA-004318 | Segal, Lee; Mausser, Gregory K. |

| PLAINTIFF | DEFENDANT | COUNTY | PLAINTIFF ATTORNEY |
|---|---|---|---|
| ZIFFERRYN VENTURES, LLC, As Trustee For The 8172 Via Rosa Land Trust | Deutsche Bank National Trust Company | Orange 2020-CA-003153 | Segal, Lee |
| ZIFERRYN VENTURES, LLC, As Trustee For The 12033 Gandy Blvd Unit 175 Trust | Deutsche Bank National Trust Company, As Trustee For Harborview Mortgage Loan Trust 2005-9 Mortgage Loan Pass-Through Certificates, Series 2005-9 | Pinellas 19-000251-CI | Segal, Lee |
| ZIFERRYN VENTURES, LLC, As Trustee For The 12033 Gandy Blvd Unit 175 Trust | Deutsche Bank National Trust Company, As Trustee For Harborview Mortgage Loan Trust 2005-9 Mortgage Loan Pass-Through Certificates, Series 2005-9 | Pinellas 20-003796-CI | Segal, Lee |
| JEFFREY M. HAHN and CARLA TURNER HAHN | Deutsche Bank National Trust Company, As Trustee For Gsaa Home Equity Trust 2006-10, Asset-Backed Certificates, Series 2006-10 | USDC MD - Tampa Div. 8:21-cv-00039 | Segal, Lee; Lazenby, Megan |
| SHANNON, SEAN | Deutsche Bank National Trust Company | USDC MD - Orlando Div. 6:21-cv-00198 | Segal, Lee |
| WILSON, ALBERT | Deutsche Bank National Trust Company, As Trustee | USDC SD - Ft. Pierce Div. 2:21-cv-14036 | Segal, Lee |