# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

2950 SUMMER SWAN LAND
TRUST, By: Blackrock Asset
Management, LLC, as Trustee

      Plaintiff,

v.                                                      Case No: 2:21-cv-42-SPC-NPM

DEUTSCHE BANK NATIONAL
TRUST COMPANY,

      Defendant.
_____/

## ORDER[1]

Before the Court is a *sua sponte* review of the case. This case is closed with judgment entered. The only pending matters relate to attorney's fees and sanctions. The Court referred those issues to Judge Mizell for a report and recommendation ("R&R"). Recently, Plaintiff filed an Order issued by Judge Mizell in a similar case, where the parties consented to the Magistrate Judge. (Doc. 52). Given the consent elsewhere, the Court reminds the parties they are free to consent here and have the remaining matters decided by Judge Mizell without the need for an R&R. *See* 28 U.S.C. § 636(c). Of course, either party

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

is free to withhold consent without any adverse consequence. If the parties intend to consent, however, the Court directs them to file a notice of consent form (available of the Court's website).

Accordingly, it is now

**ORDERED:**

If applicable, the parties are directed to file a notice of consent form **on or before July 7, 2021**.

**DONE** and **ORDERED** in Fort Myers, Florida on June 30, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record